IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMIEE DEAN,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**CITIMORTGAGE, INC.**<br><br>  Defendant. | Civil Action File No. 1:14-cv-02400-ODE |

## NOTICE OF WITHDRAWAL OF MATTHEW W. HERRINGTON

Plaintiff, by and through the undersigned counsel, hereby notifies the Court and counsel for Defendants that Matthew W. Herrington will no longer be associated with Smith, Collins & Fletcher, P.A. as of November 2, 2014, and hereby withdraws from representing Plaintiff in this action. Plaintiff's remaining counsel will continue to represent Plaintiff as before.

This 31st day of October 2014.

  Respectfully submitted,

/s/ Matthew W. Herrington
Matthew W. Herrington
Georgia Bar No. 275411
SMITH, COLLINS & FLETCHER, P.A.
8565 Dunwoody Place

/s/ W. Anthony Collins, Jr.
W. Anthony Collins, Jr.
Georgia Bar No. 141712
SMITH, COLLINS & FLETCHER, P.A.
8565 Dunwoody Place

| | |
|---|---|
| Building 15, Suite B<br>Atlanta, Georgia 30350<br>Phone: (678) 245-6785<br>Fax: (888) 413-3031<br>*matthew@smithcollinsllc.com*<br><br>*Attorney for Plaintiff* | Building 15, Suite B<br>Atlanta, Georgia 30350<br>Phone: (678) 245-6785<br>Fax: (888) 413-3031<br>*Anthony@SCandF.com*<br><br>*Attorney for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMIEE DEAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CITIMORTGAGE, INC.**<br><br>**Defendant.** | Civil Action File No. 1:14-cv-02400-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served copies of the foregoing by filing same with the Court via CM/ECF, which will automatically deliver copies all counsel of record.

Dated: October 31, 2014

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411